# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>    v.<br><br>**RICHARD LESLIE TURNER, III,**<br>[DOB: 08/31/1969]<br><br>                Defendant. | **Case No. 18-03083-01-CR-S-RK**<br><br>18 U.S.C. § 844(e)<br>NMT 10 Years Imprisonment,<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

## INDICTMENT

**THE GRAND JURY CHARGES THAT**:

On or about July 13, 2018, said date being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **RICHARD LESLIE TURNER, III,** by means and use of an instrument of interstate commerce, that is, a telephone, willfully made any threat concerning an attempt or alleged attempt being made, or to be made, to damage or destroy any building, or other real or personal property by means of fire or any explosive; all in violation of Title 18, United States Code, Section 844(e).

                                               **A TRUE BILL**

                                               */s/ Katherine Bakesz*
                                               FOREPERSON OF THE GRAND JURY

*/s/ Patrick Carney*
PATRICK CARNEY
Assistant United States Attorney


DATED:     08/14/2018