# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**      **Matter to be Sealed**

Greene / Southern

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: RICHARD LESLIE TURNER, III

Alias Name:

Birth Date: 08/31/1969

**Related Case Information**

Superseding Indictment? ☐ Yes  ■ No  If yes, original case number:
New Defendant(s)? ■ Yes  ☐ No

Prior Complaint Case Number, if any: 18-mj-02043-DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Patrick A. Carney

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ■ No
**Warrant Required?** ■ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts   1

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:844E.F PENALTIES | 1 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)   Revised: 04-25-2018