## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　Date:　　August 21, 2018

vs.　　　　　　　　　　　　　　　　　　　　Case No.: 18-03083-01-CR-S-RK

**RICHARD LESLIE TURNER, III**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　Initial Appearance – Indictment
　　　　　　　　　　　　Arraignment
　　　　　　　　　　　　Scheduling Conference

**Time Commenced:**　9:00 a.m.　　　　　　**Time Terminated:**　9:04 a.m.

---

### APPEARANCES

**Plaintiff:**　　Patrick Carney, AUSA
**Defendant:**　Michelle Moulder, FPD

---

**Proceedings:**　Parties appear as indicated above.  Defendant appears in person.

　　　　　　　　Defendant waives formal reading of the indictment and enters a plea of not guilty.  A scheduling order setting forth discovery deadlines will be entered by the Court.

　　　　　　　　Defendant in custody.

---

**Courtroom Deputy/ERO:**　Karla Berziel