# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-03083-01-CR-S-RK |
| ) | |
| RICHARD LESLIE TURNER, III, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL SETTING

Comes now Defendant, Richard Leslie Turner, III, and hereby moves that this case be continued from its current trial setting on the Joint Criminal Jury Trial Docket commencing September, 2018, and reset to the Joint Criminal Jury Trial Docket commencing February, 2019. In support of this motion for continuance, the Defendant states as follows:

1. A one-count Indictment was filed against Mr. Turner on August 14, 2018. (Docket Entry Number 11.)

2. On July 19, 2018, the Office of the Federal Public Defender was appointed to represent Mr. Turner.

3. Additional time is needed to: review the discovery; conduct critical evaluations of the discovery; review and calculate relevant Guidelines; review, evaluate, and file (if necessary) pretrial motions; conduct investigation; and meet with

1

and advise Mr. Turner of his legal options.

4. Undersigned counsel has communicated with Patrick Carney, Assistant United States Attorney, the attorney for the government, who stated that he does not object to the requested continuance.

5. This continuance is not sought for the purpose of undue delay, but is sought in truth and fact that Mr. Turner may be afforded due process of law under the Fifth Amendment to the United States Constitution and afforded effective assistance of counsel under the Sixth Amendment to the United States Constitution. In accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(I) and (IV), it is submitted that the above-stated reasons for a continuance outweigh the best interests of the public and Mr. Turner to a speedy trial which is required by 18 U.S.C. § 3161(c)(1). In short, the procedural components that currently exist in this case necessitate a continuance to avoid a miscarriage of justice and to make certain that Mr. Turner has clear, meaningful, and effective access to counsel while preparing to resolve this case.

6. Under the provisions of 18 U.S.C. § 3161(h)(7)(A), the period of time until the next criminal trial docket should be excluded in computing the period of time in which a defendant should be brought to trial under the provisions of the Speedy Trial Act.

WHEREFORE, Defendant, Richard Leslie Turner, III, hereby moves that this case be continued from its current trial setting on the September, 2018, Joint Criminal Jury Trial Docket, and reset to the Joint Criminal Jury Trial Docket commencing February, 2019.

                                        Respectfully submitted,

*/s/ Michelle Nahon Moulder*
**Michelle Nahon Moulder, #40516**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

August 21, 2018

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/Michelle Nahon Moulder*
**MICHELLE NAHON MOULDER**

3