# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
February 11, 2019

### ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, January 15, 2018, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing February 11, 2019.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is March 25, 2019, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>January 15, 2019</u>**

| | | | |
|---|---|---|---|
| 18-03066-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Douglas Fullerton | Michelle Moulder |
| | | | |
| 18-05027-CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Victor Alfonso Vasquez | Ann Koszuth |
| | | | |
| 18-03068-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Roger Dale Harrison | Ann Koszuth |

| | | | |
|---|---|---|---|
| 18-03070-CR-S-RK | | United States | Patrick Carney |
| | | v. | |
| | -01 | Marc Musil | Ann Koszuth |
| | | | |
| 17-05020-CR-S-RK | | United States | Steve Mohlhenrich |
| | | v. | |
| | -01 | Tina Werner | David Mercer |
| | -02 | James D. McKenzie | Carl Cornwell |
| | | | |
| 18-03083-CR-S-RK | | United States | Patrick Carney |
| | | v. | |
| | -01 | Richard Leslie Turner, III | Michelle Moulder |
| | | | |
| 18-03084-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Clinton Demetrius McDonald | Stuart Huffman |
| | | | |
| 18-05037-CR-SW-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Nathan Roger Belcher | Michelle Moulder |
| | | | |
| 17-03007-CR-S-RK | | United States | Jody Stockard |
| | | v. | |
| | -01 | Randy G. Dabney | Brian Risley |
| | -06 | Mark A. James | Penny Speake |

| | | | |
|---|---|---|---|
| 18-03007-CR-S-MDH | | United States | Abe McGull |
| | | v. | |
| | -03 | Jami L. Deam | Darryl Johnson |
| | -04 | David A. Scott | Stuart Huffman |
| | -05 | L.C. Lee | Russ Dempsey |
| | -07 | James Chalk | Adam Woody |
| | -08 | Amber L. Brake | James Hayes |
| | -11 | Cornell D. Braxton | Penny Speake |
| | -12 | Jennifer A. Turner | Branden Twibell |
| 18-03033-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Dawaun White | Ian Lewis |
| | -02 | Tre Hunt | Stuart Huffman |
| | -03 | Cole Gipson | Alison Hershewe |
| | -05 | Trent J. Wicklund | Brian Risley |
| | -06 | Taylor J. Pedigo | Shane Cantin |
| 18-03051-CR-S-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | Jacob L. Earl | Ian Lewis |
| 18-03100-CR-S-RK | | United States | Jody Stockard |
| | | v. | |
| | -01 | Damontae C. Williams | Ian Lewis |

| | | | |
|---|---|---|---|
| 18-03003-CR-S-BP | | United States | Casey Clark |
| | | v. | |
| | -01 | Anthony L. Thomas | David Mercer |
| | -02 | Rodney Zinn | Elizabeth Turner |
| | | | |
| 18-05015-CR-SW-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Everett K. Davis | Ian Lewis |
| | | | |
| 17-03038-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Bradley Blas | Shane Cantin |
| | | | |
| 18-03023-CR-S-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Dustin H. Fithen | Adam Woody |
| | | | |
| 18-03067-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Robert Eugene Martin | Erica Mynarich |
| | | | |
| 18-05030-CR-S-BP | | United States | Abe McGull |
| | | v. | |
| | -01 | Tom C. Qualls | C.R. Rhoades |

| | | | |
|---|---|---|---|
| 18-03008-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Damon F. Smith | Megan McCullough |
| | | | |
| 18-03073-CR-S-BP | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Dangelo P. Moore | Ian Lewis |
| | -02 | James D. Elbert | Ryan Reynolds |
| | -03 | Rodriguez R. Bradley | Bob Lewis |
| | -05 | Kewan J. Rogers | Kristin Jones |
| | -09 | Presley A. Pike | Don Cooley |
| | | | |
| 18-03125-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Steven Edward Cherry | David Mercer |
| | | | |
| 18-03132-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Leslie Shields | Michelle Moulder |
| | | | |
| 18-03143-CR-S-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Kerwin Omar Martin | Michelle Law |

| | | | |
|---|---|---|---|
| 18-05051-CR-SW-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Adam Wayne Seabaugh | Erica Mynarich |
| | | | |
| 18-03137-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Deanna L. Harris | Ann Koszuth |
| | -02 | Robin L. Parker | Bob Lewis |
| | | | |
| 18-03146-CR-S-RK | | United States | Jessica Keller |
| | | v. | |
| | -01 | Dale Wayne Martin | Tom Carver |
| | | | |
| 18-03140-CR-S-BCW | | United States | Byron Black |
| | | v. | |
| | -01 | Travis Robinson | Ian Lewis |
| | -03 | Summer L. Skinner | Alison Hershewe |
| | | | |
| 18-03144-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Enrique Castaneda | Darryl Johnson |
| | | | |
| 18-03026-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Christopher Paul Chmela | David Mercer |

/s/ David P. Rush
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

Date: December 20, 2018