IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD L. TURNER, )<br>      Defendant. ) | Case No.: 6:18-03083-01-CR-S-RK<br><br>Date: Friday, July 26, 2019 |

## MINUTE SHEET

The Honorable Roseann A. Ketchmark, presiding at Springfield, Missouri

Nature of Proceeding: Sentencing Hearing

Time commenced: 10:24 a.m.　　　　　Time terminated: 10:37 a.m.

## APPEARANCES

Plaintiff's counsel: Patrick Carney, AUSA
Defendant's counsel: Michelle Nahon Moulder, AFPD
Probation officer: Tracy D. Cowin

**PROCEEDINGS IN COURTROOM:** Parties appear as indicated above. Defendant appears in person. There are no objections to the Presentence Investigation Report that affect the guidelines or sentence imposed as stated on the record. The Court adopts the Report without change. Sentencing recommendations presented by counsel. Allocution granted to the defendant.

SENTENCE: Defendant sentenced to the custody of the Bureau of Prisons for a term of **12 months on Count(s) 1 of the Indictment.** Supervised release of **3 years** w/mandatory, standard, and special conditions imposed. Fine waived. MSA of $100.00 imposed. Restitution: $0. Defendant advised of right to appeal. Defendant remanded to the custody of the U.S. Marshal.

Court Reporter: Jean Crawford　　　　　　　　　　　Courtroom Deputy: LaTandra Wheeler